# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ROBERTA LEE STONE | | |
| **Case Number:** | 2:14-BK-10627-MCW | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JULY 06, 2017 02:30 PM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | MADELEINE C. WANSLEE | | |
| **Courtroom Clerk:** | JENNIFER LOWRY | | |
| **Reporter / ECR:** | ROSARIO VARGAS | | |

### *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM CO-DEBTOR STAY , MOTION FOR RELIEF FROM STAY RE: 7558 E. BAKER DR, SCOTTSDALE, ARIZONA 85262 FILED BY JANET MARIE SPEARS OF ALDRIDGE PITE, LLP ON BEHALF OF US BANK NATIONAL ASSOCIATION .

**R / M #:**   114 / 0

### *Appearances:*

JANET MARIE SPEARS, ATTORNEY FOR US BANK NATIONAL ASSOCIATION
THOMAS G. LUIKENS, ATTORNEY FOR ROBERTA LEE STONE

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Proceedings:*

Ms. Spears advised that her client would like to move forward and stated that the debtor has made no payments since the bankruptcy was filed.

The Court discussed its requirement that the parties meet and confer.

Mr. Luikens stated that the debtor is living on a fixed income and advised that he is not aware of any circumstance where the debtor could cure the arrearages.

Ms. Spears advised that no trustee sale is scheduled at this time and urged that the Court grant relief from stay. Ms. Spears stated that she will talk with her client and Mr. Luikens in attempt to work out a move out date for the debtor.

Mr. Luikens responded that the trustee sale is scheduled for August 8, 2017.

Ms. Spears replied that she will contact her client about possibly delaying the date of the sale.

THE COURT PLACED ITS RULING ON THE RECORD. ANYONE WISHING TO OBTAIN A COPY MAY ORDER A TRANSCRIPT.

COURT:  IT IS ORDERED LIFTING THE AUTOMATIC STAY, HOWEVER THE STAY RELIEF SHALL NOT BE EFFECTIVE UNTIL 30 DAYS FOLLOWING THE ENTRY OF THE ORDER. MS. SPEARS SHALL PREPARE AN ORDER GRANTING RELIEF FROM THE STAY FOR REASONS STATED ON THE RECORD AND PROVIDE A COPY TO MR. LUIKENS.  IF MS. SPEARS RECEIVES NO RESPONSE FROM MR. LUIKENS WITHIN 2 BUSINESS DAYS SHE MAY UPLOAD THE ORDER FOR SIGNATURE. IF THE PARTIES HAVE A DISPUTE REGARDING THE FORM OF ORDER THEY SHALL CONTACT CHAMBERS.